Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Gerardo Hernandez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>GREENSTONE BIOMASS RESEARCH P.O.D. dba BROADWAY MAINSTAGE; CATALINA MIXER, LLC;<br><br>    Defendants. | Case No. 2:22-cv-00739-KJM-KJN<br><br>**PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE; ORDER** |

**WHEREA**S, on April 29, 2022, Plaintiff, Gerardo Hernandez ("Plaintiff"), filed the instant action alleging claims under Title III of the Americans with Disabilities Act of 1990 and parallel California law (ECF No. 1). On May 2, 2022, an Order Setting Status (Pretrial Scheduling) Conference was issued (ECF No. 3) ("Order"). The Order required that all defendants be served with the complaint no later than July 28, 2022;

**WHEREAS**, Defendants Greenstone Biomass Research P.O.D. dba Broadway Mainstage and Catalina Mixer, LLC (collectively, "Defendants") have not appeared in this action;

1      **WHEREAS**, a clerk's default has been entered against Greenstone Biomass Research P.O.D. dba Broadway Mainstage (ECF No. 6);

**WHEREAS**, Plaintiff has attempted to serve agent Mike Tomada for Catalina Mixer, LLC at 1645 Lewis Brown Drive, Vallejo, CA 94589, but according to the process server, the agent's father mentioned that the cannabis club (facility) is his son's business but that his son is on the run from criminal cases and does not know his whereabouts. The process server further noted on additional service attempts she was told Mike Tomada is not home;

     **WHEREAS**, Plaintiff has attempted to serve agent Mike Tomada for Catalina Mixer, LLC at 2145 Mt. Veeder Road, Napa, CA 94558, but according to the process server, the address leads to a road that is gated properties with no access;

     **WHEREAS,** Plaintiff is attempting to serve agent Mike Tomada for Catalina Mixer, LLC again at 1645 Lewis Brown Drive, Vallejo, CA 94589;

     **WHEREAS**, Plaintiff plans to make further service attempts to ensure Catalina Mixer, LLC is adequately served and receives notice of this action in the instance he seeks a default judgment;

     **NOW, THEREFORE**, for the reasons set forth above, Plaintiff respectfully requests that he be given to and including September 27, 2022 to effect service of his Complaint on Defendants.

Dated: July 27, 2022                                           MOORE LAW FIRM, P.C.

                                                            */s/ Tanya E. Moore*
                                                            Tanya E. Moore
                                                            Attorney for Plaintiff,
                                                            Gerardo Hernandez

///
///
///

**ORDER**

Upon request of Plaintiff for administrative relief and good cause appearing,

**IT IS HEREBY ORDERED** that the Order Setting Status (Pretrial Scheduling) Conference in this matter filed May 2, 2022 (ECF No. 3) be amended to continue the last day by which Plaintiff must serve the Complaint on Defendant from July 28, 2022 to September 27, 2022.

**IT IS SO ORDERED.**

DATED: August 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE