Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREENSTONE BIOMASS RESEARCH P.O.D. dba BROADWAY MAINSTAGE; CATALINA MIXER, LLC;<br><br>　　　　Defendants. | No. 2:22-cv-00739-KJM-KJN<br><br>**STIPULATION TO SET ASIDE DEFAULT; ORDER** |

It is hereby stipulated by and between Plaintiff, Gerardo Hernandez ("Plaintiff"), by and through his attorney, and Defendant, Greenstone Biomass Research P.O.D. dba Broadway Mainstage (collectively "Defendant," and together with Plaintiff, "the Parties"), who is currently self-represented and is specially appearing on its own behalf, that the Clerk's Default entered against Defendant on July 25, 2022 (Dkt. 6) be and is hereby set aside so that the matter may proceed on its merits, and that a response on behalf of Defendant shall be filed within twenty-one (21) days after entry of the Order setting aside the default.

Good cause exists because the Parties desire for the case to be heard on its merits.

**IT IS SO STIPULATED.**

Dated: August 2, 2022                                    MOORE LAW FIRM, P.C.

                                                         */s/ Tanya E. Moore*
                                                         Tanya E. Moore
                                                         Attorney for Plaintiff,
                                                         Gerardo Hernandez

Dated: August 2, 2022                                    RADOSLOVICH | SHAPIRO, PC

                                                         */s/ Renee K. Corona*
                                                         Renee K. Corona
                                                         Attorneys for Defendant,
                                                         Greenstone Biomass Research P.O.D. dba
                                                         Broadway Mainstage

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                         */s/ Tanya E. Moore*
                                                         Tanya E. Moore
                                                         Attorney for Plaintiff,
                                                         Gerardo Hernandez

///

**ORDER**

The Parties having so stipulated and good cause appearing, it is ordered as follows:

1. The default entered against Defendant, Greenstone Biomass Research P.O.D. dba Broadway Mainstage ("Defendant") on July 25, 2022 (Dkt. 6), is hereby set aside.

2. Defendant must file a responsive pleading within twenty-one (21) days after entry of the Order setting aside the default, or its default may again be requested again by Plaintiff.

**IT IS SO ORDERED**.

Dated:  August 4, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hern.739