Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREENSTONE BIOMASS RESEARCH P.O.D. dba BROADWAY MAINSTAGE; CATALINA MIXER, LLC;<br><br>　　　　Defendants. | No. 2:22-cv-00739-KJM-KJN<br><br>**STIPULATION FOR SECOND CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE; ORDER** |

**WHEREAS,** a Status (Pretrial Scheduling) Conference in this matter is set for October 20, 2022, at 2:30 p.m., having been continued once previously by the Court sua sponte (Dkt. 11), for a total of 42 days;

**WHEREAS,** Plaintiff Gerardo Hernandez ("Plaintiff") has been unable to serve defendant Catalina Mixer LLC ("Catalina") with the Summons and Complaint despite diligent efforts, and has filed an application to serve the California Secretary of State on behalf of Catalina pursuant to California Corporations Code § 17701.16(c), and to extend the deadline for service on Catalina to October 27, 2022 (Dkt. 14);

//

1  **WHEREAS,** because Catalina has not yet been served, it has not had the opportunity to participate in the Rule 26 conference between counsel, nor in preparation of a joint status report;

4  **NOW, THEREFORE,** it is hereby stipulated by and between Plaintiff and Defendant, Greenstone Biomass Research P.O.D. dba Broadway Mainstage ("Defendant," and together with Plaintiff, "the Parties"), the Parties who have appeared in this action, by and through their counsel of record, that the Status (Pretrial Scheduling) Conference set for October 20, 2022 be continued to a date on or after December 1, 2022, at the Court's convenience, to allow for Catalina to be served, appear, and participate in the filing of a joint status report.

**IT IS SO STIPULATED.**

Dated: October 5, 2022                               MOORE LAW FIRM, P.C.

                                                     */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff,
                                                     Gerardo Hernandez

Dated: October 5, 2022                               RADOSLOVICH | SHAPIRO, PC

                                                     */s/ Renee K. Corona*
                                                     Renee K. Corona
                                                     Attorneys for Defendant,
                                                     Greenstone Biomass Research P.O.D. dba
                                                     Broadway Mainstage

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                     */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff,
                                                     Gerardo Hernandez

///

**ORDER**

The Parties having so stipulated and good cause appearing, it is ordered as follows:

1. The Status (Pretrial Scheduling) Conference currently scheduled for October 20, 2022 is continued to December 1, 2022 at 2:30 PM in Courtroom 3 before Chief District Judge Kimberly J. Mueller.

2. The parties shall file a Joint Status Report no later than November 17, 2022.

**IT IS SO ORDERED**.

DATED:  October 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE