# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | No. 2:22-cv-00739-KJM-KJN |
| Plaintiff, | **ORDER PERMITTING SERVICE ON THE CALIFORNIA SECRETARY OF STATE ON BEHALF OF CATALINA MIXER LLC (Cal. Corp. Code § 17701.16(c)) AND EXTENDING DEADLINE TO EFFECT SERVICE** |
| vs. | |
| GREENSTONE BIOMASS RESEARCH P.O.D. dba BROADWAY MAINSTAGE, et al., | |

The Court having considered the application of Plaintiff, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The California Secretary of State shall accept service on behalf of Defendant Catalina Mixer LLC, which is a limited liability company that has been doing business in the State of California, and which has a designated agent for service of process who cannot, with reasonable diligence, be found at the address designated for personally delivering process;

2. Service on Catalina Mixer LLC shall be effected by delivering by hand to the California Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy, one copy of the process for Catalina Mixer LLC to be served, together with a copy of this Order authorizing such service, and service in this manner

ORDER PERMITTING SERVICE ON THE CALIFORNIA SECRETARY OF STATE ON BEHALF OF DEFENDANT CATALINA MIXER LLC, AND GRANTING REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE

Page 1

1  shall be deemed complete on the 10th day after delivery of the process to the Secretary of
2  State;
3      3.    Upon receipt of the copy of process and the fee therefor, the California
4  Secretary of State shall give notice of the service of the process to Catalina Mixer LLC, at its
5  principal office, by forwarding to that office, by registered mail with request for return receipt,
6  the copy of the process; and
7      4.    The deadline for Plaintiff to effect service on Catalina Mixer LLC in the
8  aforementioned manner is hereby extended to October 27, 2022.
9      **IT IS SO ORDERED.**
10     This order resolved ECF No. 14.
11 DATED: October 19, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER PERMITTING SERVICE ON THE CALIFORNIA SECRETARY OF STATE ON BEHALF OF
DEFENDANT CATALINA MIXER LLC, AND GRANTING REQUEST FOR ADMINISTRATIVE RELIEF
FROM SERVICE DEADLINE

Page 2